

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2021

No. 04-21-00498-CV

**IN THE INTEREST OF R.J.G, R.J.G, D.G.M, CHILDREN**

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2020FLD000020D4
Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

In this accelerated appeal, the clerk's record was due on November 18, 2021. *See* TEX. R. APP. P. 35.1(b). After the due date, the Bexar County District Clerk filed a notification of late record indicating that additional time was needed to file the clerk's record.

The clerk's record was filed on November 30, 2021, and is accepted as timely as of that date. *See* TEX. R. APP. P. 35.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2021.



_____
Michael A. Cruz,
Clerk of Court